**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**THOMAS DORSEY BAILEY, III,
ADC #148850**                                                                                    **PLAINTIFF**

v.                          Case No. 1:15-cv-00026-KGB-JTK

**CHAD M. MCGALVAN,** *et al.*                                                      **DEFENDANTS**

**ORDER**

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney recommending that the Court dismiss plaintiff Thomas Dorsey Bailey, III's claims against defendants Chad McGalvan and David White and Mr. Bailey's allegations of threats by defendant Patrick Thompson (Dkt. No. 6). There have been no objections filed, and the time for filing objections has passed. After carefully reviewing these Proposed Findings and Recommendations, the Court adopts them in their entirety (Dkt. No. 6).

The Court has also received Proposed Findings and Recommendations from Judge Kearney recommending that the Court deny Mr. Bailey's motion for preliminary injunction (Dkt. No. 20). There have been no objections filed, and the time for filing objections has passed. After careful consideration, the Court adopts these Proposed Findings and Recommendations in their entirety (Dkt. No. 20).

It is therefore ordered that:

1.      The Court dismisses Mr. Bailey's claims against Mr. McGalvan and Mr. White for failure to state a claim upon which relief may be granted.

2.      The Court dismisses Mr. Bailey's allegation of threats by Mr. Thompson for failure to state a claim upon which relief may be granted.

3.      The Court denies Mr. Bailey's motion for preliminary injunction (Dkt. No. 10).

SO ORDERED this 2nd day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE