IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THOMAS DORSEY BAILEY, III**
**ADC #148850**                                                                                          **PLAINTIFF**

v.                              Case No. 1:15-cv-00026 KGB

**CHAD MCGALVAN,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 27). No objections were filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, defendants' motion for summary judgment is granted (Dkt. No. 23), and plaintiff Thomas Dorsey Bailey III's complaint against defendants is dismissed with prejudice.

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge