**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**THOMAS DORSEY BAILEY, III**
**ADC #148850**                                                                                          **PLAINTIFF**

v.                              Case No. 1:15-cv-00026 KGB

**CHAD MCGALVAN,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

So adjudged this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge